ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            rebekkah.bodoff_@akerman.com

*Attorneys for Plaintiff*
*Bank of America, N.A.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RANCHO GALLERIA ASSOCIATION; PREMIER ONE HOLDINGS, INC.; FEI HAO XING and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16 cv 01494 <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT RANCHO GALLERIA ASSOCIATION'S MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant Rancho Galleria Association (**Rancho Galleria**) respectfully submit the following stipulation to allow BANA fourteen additional days to oppose Rancho Galleria's motion to dismiss (**the motion**).  (ECF 6.)

Rancho Galleria filed its motion on July 13, 2016. (*Id.*) BANA's deadline to file its opposition is August 1, 2016. (Local Rule 7-2.) The parties stipulate to extending BANA's deadline by two additional weeks, to August 15, 2016, to allow BANA additional time to prepare its opposition. This is BANA's first request for an extension.

///

///

///

{38805722;1}                                            1

Dated this 1st day of August, 2016.
**AKERMAN LLP**

*/s/ Rebekkah B. Bodoff*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff Bank of America, N.A.*

Dated this 1st day of August, 2016.
**LEACH JOHNSON SONG & GRUCHOW**

*/s/  T. Chase Pittsenbarger\**
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for defendant Rancho Galleria Association*

*\*Permission to add electronic signature granted by e-mail on July 29, 2016.*

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

DATED: **August 11, 2016**

{38805722;1}

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 1st day of August, 2016 and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT RANCHO GALLERIA ASSOCIATION'S MOTION TO DISMISS** via the Court's CM/ECF system on the following:

Sean L. Anderson, Esq.
T. Chase Pittsenbarger, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for defendant Rancho Galleria Association*

*/s/ Nick Mangels*

An employee of AKERMAN LLP

{38805722;1}   3